(59 Misc. Rep. 368.)
PEOPLE ex rel. DOHERTY v. McKEE, Special Deputy Com'r of Excise, et al.

(Supreme Court, Special Term, New York County.  May, 1908.)

INTOXICATING LIQUORS—LICENSES—ELIGIBILITY FOR LICENSE.
        Liquor Tax Law, Laws 1896, p. 60, c. 112, § 17, sudb. 8, as amended by
    Laws 1908, p. 414, c. 144, providing that no new liquor tax certificate
    shall be issued for one year following the conviction of a certificate
    holder of any of certain crimes committed on the licensed premises, does
    not warrant the refusal of a new certificate because of the conviction of
    an employé of the certificate holder of one of the crimes on the licensed
    premises.

Proceeding under Liquor Tax Law, Laws 1896, p. 69, c. 112, § 28,
by the people, on relation of James Doherty, against Moses M. McKee,
as special deputy commissioner of excise, and Maynard N. Clement, as
state commissioner of excise, to compel the issuance of a liquor tax
certificate.  Application granted.

Julius M. Mayer, for relator.
H. H. Kellogg, for respondents.

DOWLING, J.  A license issued for the premises in question had
been forfeited May 20, 1907, by reason of the conviction of Joseph
P. Boyle, an employé of the certificate holder.  The certificate holder,
James Doherty, on applying for a new certificate, was refused same
by the special deputy commissioner of excise upon the ground, that,
under subdivision 8, section 17, of the Liquor Tax Law, Laws 1896,
p. 60, c. 112, as amended by chapter 144, p. 414, Laws 1908, which took
effect April 21, 1908, no new certificate can be issued for the period of
one year following the date of the conviction of the certificate holder
for certain crimes committed on the licensed premises.  The act in
question is highly penal in its provisions; its penalties are severe and
vigorous.  I am of the opinion that it must be strictly construed, and
not extended by implication or construction.  It is significant that else-
where in the act the words of extension to agents and employés are
carefully used and reiterated.
The application for an order, directing the issue of a certificate to
the petitioner is therefore granted.
Application granted.